# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BERNARDO WILLIAMS-JAUREGUI,<br><br>                    Defendant. | **8:17CR53**<br><br>**ORDER** |

This matter is before the court on defendant's Motion for Extension of Time [33] which requests an extension of the pretrial motion deadline. For good cause shown, I find that the motion should be granted. Pretrial Motions shall be filed by May 26, 2017.

**IT IS ORDERED:**

1. Defendant's Motion for Extension of Time [33] is granted. Pretrial motions shall be filed on or before May 26, 2017.

2. Defendant is ordered to file the affidavit required by Rule 16(c), Fed. R. Cr. P. and NE. Crim. R. 12.1 forthwith.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between May 8, 2017 and May 26, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 8th day of May, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge